JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMO Bank N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>K and K Caro Line, Inc., et al.,<br><br>Defendants. | Case 5:26-cv-0264-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of Plaintiff's Motion for Default Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED-IN-PART and DENIED-IN-PART**.
2. Final judgment be **ENTERED** in favor of Plaintiff against Defendants.
3. Defendants are **ORDERED** to pay the outstanding principal balance, interest and fees, repossession fees, attorneys' fees, and court costs in the amount of $485,481.45. Defendants K and K Cargo Line, Inc. and Maninder Singh are jointly and severally liable to Plaintiff for the amount of the judgment.
4. Plaintiff is **ORDERED** to mail a copy of this order and the judgment concurrently filed therewith to Defendants. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.
5. The Clerk of the Court is **DIRECTED** to close the case. The Court shall retain jurisdiction for the sole purpose of enforcing this Order.

**IT IS SO ORDERED.**

Dated: July 17, 2026

Honorable Jesus G. Bernal
United States District Judge